Official Form 417A (12/23)

Filed By The Court
**5/8/2026 1:20 PM**
U.S. BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

*[Caption as in Form 416A, 416B, or 416D, as appropriate]*

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

## Part 1: Identify the appellant(s)

1.  Name(s) of appellant(s):  Marketia Larqua Kinzer

2.  Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

| For appeals in an adversary proceeding. | For appeals in a bankruptcy case and not in an adversary proceeding. |
|---|---|
| ❑ Plaintiff | ☒ Debtor |
| ❑ Defendant | ❑ Creditor |
| ❑ Other (describe) _____ | ❑ Trustee |
| | ❑ Other (describe) _____ |

## Part 2:  Identify the subject of this appeal

1.  Describe the judgment—or the appealable order or decree—from which the appeal is taken:
    "Order Confirming There Is No Automatic Stay Pursuant to 11 U.S.C. § 362(c)(4)(A)(i) and (ii)"

2.  State the date on which the judgment—or the appealable order or decree—was entered:
    05/04/2026

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment—or the appealable order or decree—from which the appeal is taken and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1.  Party: Vanderbilt Mortgage and Finance, Inc.   Attorney: Riley, Pope & Laney, LLC
    P.O. Box 11412
    Columbia, SC 29211

2.  Party: _____   Attorney: _____

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

         ❑ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 5: Sign below

*Marketia R. Kinzer, Pro Se*                                          Date: *May 08, 2026*

Signature of attorney for appellant(s) (or appellant(s)
if not represented by an attorney)

Name, address, and telephone number of attorney
(or appellant(s) if not represented by an attorney):
Marketia Larqua Kinzer , Pro Se
72 Jock Trail
Georgetow, South Carolina, 29440
843=344=6582

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

[**Note to inmate filers:** If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]

## U.S. BANKRUPTCY COURT
### District of South Carolina

Case Number:  **26-01459-jd**

## ORDER ON MOTION TO STAY ORDER

The relief set forth on the following pages, for a total of 2 pages including this page, is hereby ORDERED.

---

**FILED BY THE COURT**
**05/08/2026**



*S. Jefferson Davis IV*
US Bankruptcy Judge
District of South Carolina

Entered: 05/08/2026

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**
(CHARLESTON)

IN RE:

Marketia L Kinzer aka Marketia L Reed,

DEBTOR.

CASE NO.: 26-01459-jd
Chapter 7

**ORDER CONFIRMING THERE IS NO AUTOMATIC STAY PURSUANT TO 11 U.S.C. §362(C)(4)(A)(i) AND (ii)**

This matter comes before the Court pursuant to the Motion of Vanderbilt Mortgage and Finance, Inc. ("Movant"), which seeks an order confirming there is no automatic stay pursuant to 11 U.S.C. § 362(c)(4)(A)(i) and (ii).  Based upon the facts alleged in the Motion, the Court finds:

1. Marketia L Kinzer aka Marketia L Reed ("Debtor") filed a voluntary Chapter 7 Petition on April 2, 2026, thereby opening this Chapter 7 case.
2. In the previous calendar year, the Debtor has had two (2) prior petitions pending in the South Carolina Bankruptcy Court (*24-04168 and 25-02875*).
3. Pursuant to 11 U.S.C. § 362(c)(4)(A)(ii), Movant has requested entry of an order confirming there is no automatic stay under 11 U.S.C. § 362(a).

It is, therefore, ORDERED that the Court hereby confirms that there is no applicable automatic stay under 11 U.S.C. § 362(a) as of the filing of this chapter 7 petition, Movant's Claim and Delivery action was unaffected by the filing of this chapter 7 petition; and Movant is entitled to proceed with any and all remedies available to it under state law to recover and liquidate the Mobile Home.

AND IT IS SO ORDERED.